UNITED STATES COURT OF APPEALS

**Filed 6/4/96**

TENTH CIRCUIT

---

| | |
|---|---|
| FIRST NATIONAL BANK, OF BOSTON (Guernsey) LIMITED,<br><br>Plaintiff - Counter-defendant - Appellant,<br><br>v.<br><br>UNITED NEW MEXICO BANK, FIRST SECURITY BANK, N.A.,<br><br>Defendant - Third-Party Plaintiff,<br><br>and<br><br>SUNWEST BANK OF ALBUQUERQUE, N.A.,<br><br>Defendant - Counter-claimant, Third-Party Plaintiff - Appellee,<br><br>v.<br><br>RICHARD D. LUEKER, N. JOAN LUEKER, A. ROLFE BLACK, DOROTHY W. BLACK, ROY W. BIDWELL, EILEEN BIDWELL, VAUN T. FLOYD, NORMAN C. BARNHART,<br><br>Third-Party Defendants, Counter-claimants - Appellees. | No. 95-2075<br><br>(D.C. No. CIV-94-231-JC)<br><br>(D. N.M.) |

---

ORDER AND JUDGMENT*

Before TACHA, McKAY, and JONES,** Circuit Judges.

We AFFIRM for substantially the reasons given by the district court.

Entered for the Court

Monroe G. McKay
Circuit Judge

*This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

**The Honorable Nathaniel R. Jones, United States Court of Appeals for the Sixth Circuit, sitting by designation.